IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| AVX Corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>JunHee Kim,<br><br>                              Defendant. | Civil Action No.: 6:17-cv-624-MGL<br><br>**CONSENT ORDER** |

      This matter is before the Court upon the joint request of Plaintiff and Defendant to allow a court appointed expert to delete certain computer images in its possession. This action has been dismissed. Prior to the dismissal, by its Order of April 4, 2017 (D.E. 24) ("Order"), the Court appointed Reliance Forensics, LLC ("Reliance") as an expert to conduct a forensic examination of certain computer files and devices. The Order required Reliance to retain mirror image copies of the computer files ("Mirror Image Copies") until further order of the Court (per paragraph 1(d)). Upon the request of Reliance, and with consent of the parties, the Court hereby permits Reliance to delete the Mirror Image Copies.

**IT IS SO ORDERED.**

                                                  s/Mary Geiger Lewis
                                                  Mary Geiger Lewis
                                                  United States District Judge

September 28, 2017
Columbia, South Carolina